# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MERRI LAYTON , by and through her mother and next friend HEIDI LAYTON, an individual; | ) ) ) | **Summons** (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| Plaintiff, | ) ) | |
| v. | ) ) | **CIVIL ACTION CASE NUMBER:** |
| JAMES VINCENT RICHARDSON , M.D. | ) ) | 1:14 CV 2234 HGD |
| Defendant. | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
James V. Richardson, M.D.
223 Oak Ridge Drive
Pike Road, AL 36064

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert P. Bruner

Belt Law Firm, P.C.

2204 Lakeshore Drive, Suite 114

Birmingham, AL 35209

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE:___11\20\14___

*Sharon N Harris*
SHARON N. HARRIS, CLERK

By: *Stephanie Solen*

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MERRI LAYTON, by and through her mother and next friend, HEIDI LAYTON, | ) ) ) | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| PEGASUS EMERGENCY GROUP ALABAMA, LLC, Defendant. | ) ) ) | 1· 14 CV 2234 H6D |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Pegasus Emergency Group Alabama, LLC

c/o Incorp Services, Inc.

2094 Myrtlewood Drive, Montgomery, AL 36111

NOTE: A separate summons must be
       prepared for each defendant.

A lawsuit has been filed against you.

Within ____21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 11/20/14

_Sharon N Harris_

SHARON N. HARRIS, CLERK

By: _Stephanie S[illegible]_

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| MERRI LAYTON, by and through her mother and next friend HEIDI LAYTON,  <br> Plaintiff, <br><br> v. <br><br> Baptist Health System, Inc. d/b/a Citizens Baptist Medical Center, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**Summons**
(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)

**CIVIL ACTION CASE NUMBER:**

**Summons in a Civil Action**

To: (*Defendant's name and address*)

Baptist Health System, Inc. d/b/a Citizens Baptist Medical Center

c/o Kerry Black

1130 22nd Street, Suite 1000, Birmingham, AL 35205

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within ___21_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert P. Bruner

Belt Law Firm, PC

2204 Lakeshore Drive, Suite 208

Birmingham, AL 35209

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: _11\20\14___

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203