FILED

2014 Dec-01 AM 09:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES POSTAL SERVICE

MONTGOMERY
AL 360
25 NOV '14
PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SECURITY

NOV 26 2014

United States District Court, Clerk
Hugo L. Black U. S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pegasus Emergency Drug
C/o Incorp Services, Inc.
2094 Myrtlewood Dr.
Montgomery, Al 36111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Dede Harbin_   ☑ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Dede Harbin   11/25/14

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1:14 cv 02239

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7012 2210 0001 8097 6747

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540